Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
| --- | --- | --- |
| | ) | |
| RHODIG, MICHAEL D | ) | CASE NO. 08-01323-PHX-GBN |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
| --- | --- | --- | --- |
| 1006 | 09/02/10 | WESTAFF (USA) INC<br>298 N Wiget Lane<br>Walnut Creek, CA 94598<br>Attn: Debra Belt | $32.30 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $32.30 to the Clerk of Court to be deposited in the Registry thereof.

March 3, 2011
DATE

Maureen Gaughan, Trustee